DOWNEY BRAND LLP
JANLYNN R. FLEENER (Bar No. 169385)
MEGHAN M. BAKER (Bar No. 243765)
KATIE KONZ (Bar No. 271436)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
jfleener@downeybrand.com
mbaker@downeybrand.com
kkonz@downeybrand.com

Attorneys for Defendants
ORBIT BABY, INC. and THE ERGO BABY CARRIER, INC.

Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Joseph G. Sauder
JGS@mccunewright.com
Matthew D. Schelkopf*
MDS@mccunewright.com
Joseph B. Kenney
JBK@mccunewright.com
MCCUNE WRIGHT AREVALO, LLP
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0339

**Pro Hac Vice Application to be Submitted*

Attorneys for Plaintiff and the Putative Class

DOWNEY BRAND LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SPENCER PRICE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

ORBIT BABY, INC. and THE ERGO BABY CARRIER, INC.,

Defendants.

CASE NO. 2:16-CV-8849-PA-AFM

CLASS ACTION

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 7 ADDITIONAL DAYS**

Complaint served: January 27, 2017
Current response date: March 17, 2017
New response date : March 24, 2017

The Court, having reviewed the Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 7 Additional Days, and for good cause shown, **HEREBY ORDERS THAT:**

/ / /

/ / /

1. The parties' request is GRANTED, and Defendants shall be allowed five additional days beyond the extension period covered by Local Rule 8-3, to file a response to Plaintiff's initial complaint.

2. The time for Defendants to respond to Plaintiff's initial complaint is hereby extended to March 24, 2017.

**IT IS SO ORDERED.**

DATED: March 15, 2017

U.S. DISTRICT COURT JUDGE

DOWNEY BRAND LLP