Richard D. McCune, Esq., Bar No. 132124
rdm@mccunewright.com
David C. Wright, Esq., Bar No. 177468
dcw@mccunewright.com
**McCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250 / Facsimile: (909) 557-1275

Attorneys for Plaintiff and the Putative Class

Janlynn R. Fleener, Esq., Bar No. 169385
jfleener@downeybrand.com
**DOWNEY BRAND LLP**
621 Capitol Mall, 18th Floor
Sacramento, California 95814-4731
Telephone: (916) 444-1000 / Facsimile: (916) 444-2100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER PRICE, on behalf of himself and all others similarly situated, | Case No.: 2:16-cv-8849-PA (AFMx) |
| Plaintiff, | Judge Assigned: Percy Anderson<br>Magistrate Judge: Alexander F. MacKinnon<br>Complaint Filed: November 30, 2016<br>FAC Filed: April 7, 2017 |
| vs. | |
| ORBIT BABY, INC. and THE ERGO BABY CARRIER, INC., | CLASS ACTION |
| Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| | Trial Date: None Set |

WHEREAS, on November 30, 2016, Plaintiff Spencer Price filed a civil action in the United States District Court for the Central District of California entitled *Price v. Orbit Baby Inc., et al.*, Case No. 2:16-cv-08849-PA-AFM (the "Action"), which was assigned to the Honorable Percy Anderson.

WHEREAS, in the Action, Plaintiff seeks to assert claims on behalf of himself and a class of current and former owners and purchasers of Orbit Baby car seats (the "Car Seats") in connection with Defendants' alleged failure to disclose to Plaintiff and

1

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

similarly situated consumers across the United States that the Car Seats contain material levels of certain types of flame retardant chemicals, including TDCPP, or Chlorinated Tris.

WHEREAS, Defendants deny all allegations in the Action, including the allegation that the Car Seats contain certain types of flame retardant chemicals.

WHEREAS, Defendant The Ergo Baby Carrier, Inc., simply owns the stock of Orbit Baby, Inc., and played no role in the design, manufacture or sale of the Orbit Baby Car Seats, and for this independent reason, Defendant The Ergo Baby Carrier, Inc., contends that it was improperly named as a Defendant in the Action.

WHEREAS, Defendants have represented the following to Plaintiff: (a) that prior to the Action, Orbit Baby ceased manufacturing car seats, (b) that they responded to complaints which expressed concerns about chemicals in the Car Seats, (c) that the number of complaints received was relatively small compared to the sales volume of the Car Seats and that the number of complaints has diminished over the past year, (d) that they had a discretionary policy and procedures to either reimburse consumers or provide a replacement car seat when the consumer expressed concern over the presence of chemicals in car seats, and (e) that Defendant Orbit Baby, Inc., the entity which designed, manufactured and sold the Car Seats, has now entered into a Consent Judgment in *Center for Environmental Health v. Orbit Baby, Inc.,* Alameda County Superior Court Case, No. RG 16-829826 (the "CEH Case") which will provide substantial relief (that is, a replacement car seat which has a MSRP over $400 to all consumers who are eligible and make a claim) to the putative class in this Action. As a result, the parties have concluded that the claims asserted in this Action should no longer be prosecuted on a class-wide basis, but only settled on an individual basis, which the parties have agreed to.

WHEREAS, without any admission of liability on the part of any party, the parties desire to avoid continued litigation of any remaining claims for relief.

WHEREAS, no class has been certified and no motion for class certification is pending.

2

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

NOW THEREFORE,

In recognition of the foregoing, the parties stipulate that Plaintiff Spencer Price's claims in the above-entitled Action will and hereby are voluntarily dismissed with prejudice, against Defendants Orbit baby, Inc. and The Ergo Baby Carrier, Inc., pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

DATED: May 3, 2017     **McCUNE WRIGHT AREVALO, LLP**

By:  */s/ Richard D. McCune*
     Richard D. McCune
     David C. Wright
     Attorneys for Plaintiff and the Putative Class

DATED: May 3, 2017     **DOWNEY BRAND LLP**

By:  */s/ Janlynn R. Fleener*
     Janlynn R. Fleener
     Attorneys for Defendants Orbit Baby, Inc. and
     The Ergo Baby Carrier, Inc.

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 3, 2017         **McCUNE WRIGHT AREVALO, LLP**

By: */s/ Richard D. McCune*
    Richard D. McCune
    David C. Wright
    Attorneys for Plaintiff and the Putative Class

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**